IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  19-4121 |
| | ) |
| MICHAEL J. POTTEBAUM, also known as Mike | ) |
| Pottebaum; PAMELA H. POTTEBAUM, also | ) |
| known as Pam Pottebaum; and | ) |
| UNION COUNTY, SOUTH DAKOTA, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff United States of America brings this civil action to reduce to judgment unpaid federal income tax assessments made against defendant Michael J. Pottebaum and enforce federal tax liens on the real property described in Count II of this complaint.

## JURISDICTION and VENUE

1. This Court has jurisdiction over this action pursuant to § 7402(a) and 7403 of the Internal Revenue Code (26 U.S.C.) and 28 U.S.C. §§ 1340 and 1345.

2. This action is brought at the direction of a delegate of the Attorney General of the United States and with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. §§ 7401 and 7403(a).

3. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1396 because the individual defendants reside in this district.

1

## PARTIES

4. Plaintiff is the United States.

5. Defendant Michael J. Pottebaum is a resident of South Dakota, and has an address at 594 East Sawgrass Trail, Dakota Dunes, Union County, South Dakota.

6. Defendant Pamela H. Pottebaum is a resident of South Dakota, and has an address at 594 East Sawgrass Trail, Dakota Dunes, Union County, South Dakota.

7. Union County, South Dakota is named as a defendant to Count II of the complaint, pursuant to 26 U.S.C. § 7403(b), because it may claim an interest in the real property on which the United States seeks to enforce its tax liens.

### Defendants Michael J. and Pamela H. Pottebaum's Income Tax Assessments

8. Michael J. Pottebaum and Pamela H. Pottebaum jointly filed their 2004, 2005, 2006, 2007, and 2009 federal income tax returns.

9. On the dates specified below, a delegate of the Secretary of the Treasury made assessments of federal income tax, penalty, and interest against Michael J. Pottebaum and Pamela H. Pottebaum for the years and in the amounts hereinafter indicated:

| Tax Year | Dates Assessment | Tax Assessed | Penalty Assessed | Interest Assessed |
|---|---|---|---|---|
| 2004 | 08/01/2005 | $ 88,113.88 | $ 2,080.98 | $ 1,497.03 |
|  | 10/01/2018 |  |  | $ 54,882.44 |
| 2005 | 05/22/2006 | $ 90,338.80 | $ 3,820.80 | $ 573.43 |
|  | 10/01/2018 |  |  | $ 54,786.03 |
| 2006 | 07/30/2007 | $ 73,748.28 | $ 3,912.44 | $ 1,392.42 |
|  | 07/11/2011 | $ 71,984.77 | $ 7,198.48 |  |
| 2007 | 08/04/2008 | $ 43,389.71 |  | $ 89.63 |

17611413.1

|      | 04/20/2009 | $ 5,235.13  | $ 1,073.26  |            |
|------|------------|-------------|-------------|------------|
|      | 07/18/2011 | $ 82,573.57 | $16,514.71  |            |
| 2009 | 11/15/2010 | $ 16,406    |             |            |
|      | 07/29/2013 | $ 13,559    | $ 2,999.80  | $ 1,905.72 |

10. The IRS gave notices of the assessments described in paragraph 9 above, and made demands for payment to Michael J. Pottebaum and Pamela H. Pottebaum on or about the dates of the assessments.

### Michael J. and Pamela H. Pottebaum Acquired the Subject Property

11. By warranty deed dated June 15, 2011, and recorded with the Union County, Elk Point, South Dakota Register of Deeds Office on July 13, 2011, Michael J. Pottebaum and Pamela H. Pottebaum acquired real property located at 594 East Sawgrass Trail, Dakota Dunes, South Dakota 57049 from Kenneth B. Mouw. The real property has a legal description as follows:

> Lot Thirty-three (33) in Dakota Dunes Golf Course
> 5th Addition in Dakota Dunes, Union County,
> South Dakota, according to the recorded plat thereof.

### Defendants Michael J. and Pamela H. Pottebaum's Chapter 7 Bankruptcies

12. On December 5, 2013, Michael J. Pottebaum filed a Chapter 13 bankruptcy case, In re Michael J. Pottebaum (Case No. 13-02030 N.D. Iowa), which was converted to a Chapter 7 case on June 10, 2014.

13. Michael J. Pottebaum commenced an adversary proceeding in connection with his bankruptcy matter, seeking a determination that his federal income tax debts for the 2004, 2005,

2006, 2007, and 2009 tax years are dischargeable.  See Pottebaum v. United States (Adversary No. 14-09067 N.D. Iowa).  Docket Entry No. 1.

14.  On August 3, 2016, the bankruptcy court entered judgment in the adversary proceeding, in accordance with a stipulation, excepting Michael J. Pottebaum's 2004, 2005, 2006, 2007, and 2009 federal income tax liabilities from discharge pursuant to 11 U.S.C. § 523(a)(1)(C).  Docket Entry No. 47.

15.  The bankruptcy court's judgment also stated that the pre-petition penalties relating to Michael J. Pottebaum's nondischargeable federal income tax liabilities are dischargeable under 11 U.S.C. § 523(a)(7)(B).  ECF Doc. No. 47.

16.  Michael Pottebaum's bankruptcy discharge of pre-petition penalties had no effect on the liens relating to those penalties because the IRS filed pre-petition notices of federal tax lien.  11 U.S.C. § 522(c)(2)(B).  The liens for the pre-petition penalties survived the discharge.  Id.

17.  The ten-year statutory period for collecting Michael Pottebaum's 2004, 2005, 2006, 2007, and 2009 federal income tax liabilities was suspended during the pendency of his bankruptcy proceeding and for six months thereafter.  26 U.S.C. §§ 6502(a) and 6503(h)(2).

18.  On July 15, 2014, Pamela Pottebaum filed a Chapter 7 bankruptcy case, In re Pamela J. Pottebaum, (Case No. 14-01100 N.D. Iowa).

19.  Pamela Pottebaum filed an adversary proceeding in connection with her bankruptcy matter, seeking a determination that her federal income tax debts for the 2004, 2005, 2006, 2007, and 2009 tax years are dischargeable.  See Pottebaum v. United States (Adversary No. 14-09066 N.D. Iowa).  Docket Entry No. 1.

20. On November 13, 2015, the bankruptcy court entered judgment in the adversary proceeding, in accordance with a stipulation, discharging Pamela Pottebaum's 2004, 2005, 2006, 2007, and 2009 federal income tax liabilities under 11 U.S. C. § 727(a). Docket Entry No. 23.

21. Pamela Pottebaum's bankruptcy discharge of her 2004, 2005, 2006, and 2007 federal income tax liabilities had no effect on the liens relating to those tax liabilities because the IRS filed pre-petition notices of federal tax lien. 11 U.S.C. § 522(c)(2)(B); 26 U.S.C. § 6322. Docket Entry No. 23. The liens for the 2004, 2005, 2006, 2007, and 2009 federal income tax liabilities survived the discharge. Id.

22. The ten-year statutory period for collecting against the liens relating to Pamela Pottebaum's 2004, 2005, 2006, 2007, and 2009 federal income tax liabilities was suspended during the pendency of her bankruptcy proceeding and for six months thereafter. 26 U.S.C. §§ 6502(a) and 6503(h)(2).

**COUNT I – Reduce Michael J. Pottebaum's federal income tax assessments to judgment**

23. The allegations contained in paragraphs 1-5 and 8-22 above are incorporated herein.

24. As of April 12, 2019, the unpaid balances for Michael J. Pottebaum's 2004, 2005, 2006, 2007, and 2009 federal income tax liabilities, including interest and without penalties discharged in bankruptcy, are as follows:

| Tax Year | *Balance of Liability as of July 8, 2019 |
| --- | --- |
| 2004 | $ 91,384.79 |
| 2005 | $132,871.30 |
| 2006 | $218,582.61 |

5

17611413.1

| 2007 | $148,859.28 |
| 2009 | $ 19,278.30 |
| **TOTAL** | $610,976.28 |

*This balance, as of July 8, 2019, includes assessments, payments, credits, lien and collection fees, and accrued statutory interest (which compounded daily on the entire unpaid balance from the date of the assessments through July 8, 2019). Interest and other statutory additions have accrued and will continue to accrue thereafter.

25. Despite the notices and demands described in paragraph 10 above, Michael J. Pottebaum failed to pay the amounts he owes for tax years 2004, 2005, 2006, 2007, and 2009 described in paragraph 24 above.

26. By reason of the foregoing, Michael J. Pottebaum is liable to the United States in the amount of $610,976.28, plus interest and other statutory additions that have accrued and will continue to accrue thereon from July 8, 2019.

WHEREFORE, the United States requests entry of judgment in its favor on Count I as follows:

(a) that the Court enter judgment in favor of the United States and against Michael J. Pottebaum for $610,976.28, plus interest and other statutory additions that have accrued and will continue to accrue thereon after July 8, 2019, until the judgment is paid; and

(b) that the Court award the United States its costs and such other and further relief as the Court deems just and proper.

## COUNT II - Lien Enforcement

### Attachment of Federal Tax Liens and Filing of Notices of Federal Tax Liens

27. The allegations contained in paragraphs 1 through 26 above are incorporated herein.

28. As a result of the assessments described in paragraph 9 above, as well as the notices of assessments, demands for payment, and subsequent failures to pay, federal tax liens arose, pursuant to 26 U.S.C. §§ 6321 and 6322, in favor of the United States on the dates of each of the assessments and attached to all property and rights to property then belonging to Michael J. and Pamela H. Pottebaum, including their interest in the real property described in paragraph 11 above, as a matter of law.

29. A delegate of the Secretary of the Treasury filed notices of federal tax liens relating to Michael J. and Pamela H. Pottebaum's 2004, 2005, 2006, 2007, and 2009 federal income tax years with the Union County, Elk Point, South Dakota Register of Deeds Office on the dates listed below:

| Tax Year | Date NFTL Filed | Date NFTL Refiled |
|---|---|---|
| 2004 | August 20, 2012 | September 16, 2014 |
| 2005 | April 3, 2008 | October 13, 2015 |
| 2006 | April 3, 2008<br>June 11, 2013 | September 26, 2016 |
| 2007 | June 15, 2009<br>June 11, 2013 | |
| 2009 | September 23, 2013 | |

30. The federal tax liens referred to in paragraph 29 above may be enforced against the subject property and the subject property may be sold.

WHEREFORE, the United States respectfully requests this Court to enter judgment in its favor and against all other parties to this action on Count II of its complaint as follows:

A. Declare that the federal tax liens are valid and subsisting liens that attach to all property and rights to property of Michael J. Pottebaum and Pamela H. Pottebaum as of the dates of the respective assessments made against them;

B. Declare that the federal tax liens attached to the real property described in paragraph 11 above;

C. Order that any defendant claiming an interest in the real property described in paragraph 11 above superior to the federal tax liens affirmatively demonstrate their interest;

D. Order that the federal tax liens be enforced, that the real property described in paragraph 11 above be sold in a judicial sale according to the law, free and clear of any right, title, lien, claim, or interest of any other lien holders, and that the proceeds of the sale be distributed to the parties in such amounts as this Court determines; and

E. That this Court award the United States such other relief as is just and equitable, including awarding the United States its costs.

RONALD A. PARSONS, JR.
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

/s/ LaQuita Taylor-Phillips
LaQuita Taylor-Phillips, Trial Attorney
Tax Division, U.S. Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7945
Facsimile: (202) 514-6770
Email: LaQuita.Taylor-Phillips@usdoj.gov

8

17611413.1

JS 44 (Rev. 02/19) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1 U.S. Government Plaintiff
- ❏ 2 U.S. Government Defendant
- ❏ 3 Federal Question *(U.S. Government Not a Party)*
- ❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | | | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| | | | ❏ 791 Employee Retirement Income Security Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | | **Other:** | ❏ 462 Naturalization Application | | ❏ 950 Constitutionality of State Statutes |
| | ❏ 446 Amer. w/Disabilities - Other | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | ❏ 448 Education | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.